UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
              v.                                       :
                                                       :                20-CR-598 (VSB)
NAVEE DIAZ,                                            :
                                                       :                    **ORDER**
                              Defendant.    :
                                                       :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

  The status conference currently scheduled for December 16, 2022 at 3:15 P.M. is hereby

adjourned to February 3, 2023, at 2:00 P.M.  The adjournment is necessary to accommodate a

scheduling conflict that I have due to jury selection in an ongoing criminal trial.

SO ORDERED.

Dated: December 15, 2022
   New York, New York

                  _____
                  Vernon S. Broderick
                  United States District Judge