UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA,          :
:
    v.                                           :
:         20-CR-598 (VSB)
NAVEE DIAZ,                                  :
:              **ORDER**
                              Defendant.   :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

At the probation officer's request, with the consent of the parties, the status conference currently scheduled for February 3, 2022 at 2:00 P.M. is hereby adjourned to February 24, 2023, at 10:00 A.M.

SO ORDERED.

Dated: January 31, 2023
         New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge