UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                         :
UNITED STATES OF AMERICA,        :

      v.                                 :        20-CR-598 (VSB)

NAVEE DIAZ,                           :        **ORDER**
                  Defendant.  :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Due to an update in the trial schedule for the capital criminal trial that I am currently presiding over, with the consent of the parties, it is hereby

ORDERED that the status conference currently scheduled for February 24, 2023 at 10:00 A.M. is adjourned to March 10, 2023, at 12:00 P.M. The parties shall appear in person and Probation is to appear by phone using the dial in 888-363-4749 access code 2682448.

SO ORDERED.

Dated:  February 16, 2023
         New York, New York

                                              Vernon S. Broderick
                                              United States District Judge