**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  03/10/2023

The status conference is hereby adjourned until June 1, 2023 at 11:00 AM.

RE: United States v. Navee Diaz
20 Cr 598 (VSB)

Dear Judge Broderick:

I am the attorney representing Navee Diaz in the above referenced matter. I am writing to request an adjournment of the violation of supervised release hearing, which is currently scheduled for today, March 10, 2023 at noon. Defense counsel submits this request with consent of the government and probation. We are jointly requesting an adjournment of 90 days from the date of this letter. Thank you for your consideration of this request.

Respectfully submitted,

Jillian Tancil
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8707
Jillian_Tancil@fd.org

cc: William Kinder, Esq.
Assistant U.S. Attorney

1