**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 30, 2023

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.    05/30/2023
The VOSR hearing scheduled for June 1, 2023 is adjourned until July 7, 2023 at 12:00 PM.

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: <u>United States v. Navee Diaz</u>
20 Cr 598 (VSB)

Dear Judge Broderick:

  I am the attorney representing Navee Diaz in the above referenced matter. I am writing to request a thirty-day adjournment of the violation of supervised release hearing, which is currently scheduled for Thursday, June 1, 2023. Defense counsel will be away on work-related travel and cannot attend the upcoming conference. The defense has conferred with the prosecution and they consent to the adjournment request. Thank you for your consideration of this request.

          Respectfully submitted,

          *Marisa K. Cabrera*

          Marisa K. Cabrera
          Jillian Tancil
          Assistant Federal Defenders
          52 Duane Street, 10th Floor
          New York, NY 10007

cc:  William Kinder, Esq.
   Assistant U.S. Attorney

1